UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PROVIDENCE CLASSICAL ACADEMY INC | CIVIL ACTION NO. 21-cv-3501 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| HANOVER AMERICAN INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Providence Classical Academy, Inc. ("Providence") filed this civil action against Hanover American Insurance Co. ("Hanover") based on an assertion of diversity jurisdiction, which puts the burden on Providence to set forth specific allegations that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. In order for the court to assess whether diversity jurisdiction exists, more information is needed with respect to the citizenship of the parties.

The complaint alleges that Providence is a "non-profit corporation with a domicile address in the Parish of Bossier, Louisiana." A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. "Where the plaintiff fails to state the place of incorporation or the principal place of business of a corporate party, the pleadings are inadequate to establish diversity." Joiner v. Diamond M Drilling Co., 677 F.2d 1035, 1039 (5th Cir. 1982). The Fifth Circuit requires strict adherence to these straightforward rules. Howery

v. Allstate Ins. Co., 243 F.3d 912, 919 (5th Cir. 2001). Providence will need to file an amended complaint that specifically alleges its state of incorporation and the state in which its principal place of business is located.

The complaint alleges that Hanover is "an insurer domiciled in the State of Massachusetts." The complaint does not specifically state whether Hanover is a corporation or some other form of entity. If it is a corporation, the amended complaint must specifically allege the state(s) in which it is incorporated and in which its principal place of business is located. If it is some other form of entity, its citizenship is determined by the citizenship of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). Providence must file its amended complaint by **October 26, 2021.**

THUS DONE AND SIGNED in Shreveport, Louisiana, this 12th day of October, 2021.

Mark L. Hornsby
U.S. Magistrate Judge